UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-329-MOC

| | |
|---|---|
| **DARRELL RICARDO LEWIS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | ORDER HOLDING |
| ) | PROCEEDINGS IN ABEYANCE |
| ) | |
| **UNITED STATES OF AMERICAA,** ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the court on petitioner's Motion to Hold in Abeyance (#4), which is consented to by the government. For good cause shown, the court will hold in abeyance all further proceedings pending final disposition of United States v. Mungro, No.13-4503.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner's Motion to Hold in Abeyance (#4) is **GRANTED,** and further proceedings in this matter are held in abeyance pending final disposition of United States v. Mungro.

Signed: July 1, 2014

Max O. Cogburn Jr.
United States District Judge